# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Joseph Pederson,                               Civil No. 10-933 (RHK/JJG)

    Plaintiff,                               **ORDER**

v.

Amanda Heu, individually and in her
professional capacity as a St. Paul
Police Officer,

    Defendant.

---

Pursuant to the parties' Stipulation of Dismissal Without Prejudice (Doc. No. 10), **IT IS ORDERED** that the Complaint is **DISMISSED WITHOUT PREJUDICE**.

Dated: November 10, 2010

                      s/Richard H. Kyle
                      RICHARD H. KYLE
                      United States District Judge